Bonnie Glatzer, State Bar No. 147804
bglatzer@nixonpeabody.com
Jade Butman, State Bar No. 235920
jbutman@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA  94111
Tel: 415-984-8200
Fax: 415-984-8300

Attorneys for Defendant
SIMS GROUP USA CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO BERNAL-RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SIMS GROUP USA CORPORATION,<br><br>Defendant. | Case No. 3:20-cv-02121-TSH<br><br>**DEFENDANT SIMS GROUP USA CORPORATION'S CERTIFICATE OF INTERESTED PARTIES**<br><br><br>Complaint Filed: March 27, 2020 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF SERGIO BERNAL-RODRIGUEZ AND HIS ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Defendant Sims Group USA Corporation, and
2. Plaintiff Sergio Bernal-Rodriguez

Dated:  June 1, 2020

NIXON PEABODY LLP

By: _____
Bonnie Glatzer
Jade Butman
Attorneys for Defendant
SIMS GROUP USA CORPORATION

# CERTIFICATE OF SERVICE

**CASE NAME:**  Bernal-Rodriguez v. Sims Group USA Corporation
**COURT:**  United States District Court Northern District of CA
**CASE NO.:**  3:20-cv-02121-TSH
**NP FILE:**  416702-000068

    I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 32nd Floor, San Francisco, California 94111. On this date, I served the following document(s):

**DEFENDANT SIMS GROUP USA CORPORATION'S CERTIFICATE OF INTERESTED PARTIES**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__XX__  Electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| *Attorneys for Plaintiff and the Class:* | *Trial Counsel for Plaintiff and Proposed Class and Collective Members* |
|---|---|
| JAMES HAWKINS APLC<br>James R. Hawkins<br>Gregory Mauro<br>Michael Calvo<br>9880 Research Drive, Suite 800<br>Irvine, CA 92618<br>Tel: (949) 387-7200<br>Fax: (949) 387-6676<br>Email: James@jameshawkinsaplc.com<br>Email: Greg@jameshawkinsaplc.com<br>Email: Michael@jameshawkinsaplc.com | Kevin J. Stoops<br>Charles R. Ash, IV<br>SOMMERS SCHWARTZ, P.C.<br>One Towne Square, Suite 1700<br>Southfield, Michigan 48076<br>Tel: (248) 355-0300<br>Email: kstoops@sommerspc.com<br>Email: crash@sommerspc.com |
| | Trenton R. Kashima<br>SOMMERS SCHWARTZ, P.C.<br>402 West Broadway, Suite 1760<br>San Diego, CA 92101<br>Tel: (619) 762-2125<br>Email: tkashima@sommerspc.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 1, 2020, at San Francisco, California.

*Patricia Ortega*
_____
Patricia Ortega

4848-2848-1966.1