Kevin J. Stoops (*pro hac vice forthcoming*)
kstoops@sommerspc.com
Charles R. Ash, IV (*pro hac vice*)
crash@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Telephone:  (248) 784-6613
Facsimile:  (248) 936-2143

Trenton R. Kashima (SBN 291405)
tkashima@sommerspc.com
SOMMERS SCHWARTZ, P.C.
402 West Broadway, Suite 1760
San Diego, California  92101
Telephone:  (610) 762-2125

*Trial Counsel for Plaintiff, Proposed Class,
And Collective Members*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SERGIO BERNAL-RODRIGUEZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIMS GROUP USA CORPORATION, as<br><br>Defendant. | Case No. 4:20-cv-02121-JST<br><br>ASSIGNED FOR ALL PURPOSES TO: JUDGE: JON S. TIGAR<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

WHEREAS, consistent with the Parties' previous stipulation, specifically ECF No. 27, the parties have met and conferred regarding the status of this litigation and hereby stipulate to a dismissal without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

NOW THEREFORE, the parties, through their respective counsel of record, hereby stipulate:

- 1 -

1    The present lawsuit shall be dismissed without prejudice.  No court order is required

2  pursuant to Fed. R. Civ. P. 41(a)(1)(A) because this dismissal does not resolve the claims, issues,

3  or defenses of a certified class.  Each party is to bear their own attorneys' fees and costs.

4    IT IS SO STIPULATED

5  Dated:   July 28, 2020

*s/Charles R. Ash, IV*
6                                                                 Kevin J. Stoops (*pro hac vice forthcoming*)
kstoops@sommerspc.com
7                                                                 Charles R. Ash, IV (*pro hac vice*)
crash@sommerspc.com
8                                                                 SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
9                                                                 Southfield, Michigan 48076
Telephone:  (248) 784-6613
10                                                                Facsimile:  (248) 936-2143

11                                                               Trenton R. Kashima (SBN 291405)
tkashima@sommerspc.com
12                                                               SOMMERS SCHWARTZ, P.C.
402 West Broadway, Suite 1760
13                                                               San Diego, California  92101
Telephone:  (610) 762-2125
14

15                                                               James R. Hawkins, (SBN 192925)
james@jameshawkinsaplc.com
16                                                               Gregory E. Mauro (SBN 222239)
greg@jameshawkinsaplc.com
Michael Calvo, (SBN 314986)
17                                                               michael@jameshawkinsaplc.com
JAMES R. HAWKINS, APLC
18                                                               9880 Research Drive, Suite 200
Irvine, California  92618
19                                                               Telephone:  (949) 387-7200

20                                                               *Trial Counsel for Plaintiff, Proposed Class,
And Collective Members*
21

22                                                               */s/ Jade Butman*
Bonnie Glatzer (SBN 147804)
23                                                               bglatzer@nixonpeabody.com
Jade Butman (SBN 235920)
24                                                               jbutman@nixonpeabody.com
NIXON PEABODY LLP
25                                                               One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
26                                                               Tel: 415-984-8200
Fax: 415-984-8300
27

28                                                               Attorneys for Defendant Sims Group USA Corp.

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)